IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 17-00230-01-CR-W-BCW |
| KAMERON M. BYNUM, | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Kameron M. Bynum appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(C) to Count One of the Superseding Indictment charging him with a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), (b)(1)(D), and 846, that is, conspiracy to distribute alprazolam (Xanax) and marijuana, Count Two charging him with a violation of 18 U.S.C. § 924(c)(1)(A), that is, possession of a firearm in furtherance of a drug trafficking crime, Count Three charging him with a violation of 18 U.S.C. §§ 922(u) and 924(i)(1), that is, stealing a firearm from a licensed firearm dealer, and Count Four charging him with a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), that is, being a felon in possession of a firearm. I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. A record was made of the proceedings and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Kameron M. Bynum's plea of guilty be conditionally accepted and that the Court defer a decision on the Plea Agreement until the Court has reviewed the presentence report as contemplated by Fed.R.Crim.P. 11(c)(3).

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

          */s/ Lajuana M. Counts*
          Lajuana M. Counts
          United States Magistrate Judge